# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLLO PENN,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA SANDERS,<br><br>    Respondent. | Case No. CV 10-3008 JVS (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("Petition"), the Magistrate Judge's Report and Recommendation, Petitioner's "Petition to Set Aside Magistrate Judge's Report and Recommendation" ("Objections"), and the remaining record, and has made a *de novo* determination.

There is nothing in Petitioner's Objections that would move the Court to exercise its discretion to excuse Petitioner's failure to exhaust his administrative remedies. As such, the Court finds that the Objections lack merit for the reasons set forth in the Report and Recommendation.

///

///

///

Accordingly, IT IS ORDERED THAT: (1) the Report and Recommendation is approved and adopted; (2) Judgment be entered denying the Petition and dismissing this action without prejudice; and (3) the Clerk serve copies of this Order and the Judgment on the parties.

DATED: December 16, 2010

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE