# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLLO PENN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LINDA SANDERS,<br><br>　　　　　Respondent. | Case No. CV 10-3008 JVS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 16, 2010

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1